UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTWARD CAPITAL PARTNERS V, L.P.,<br><br>                    Plaintiff,<br>   vs.<br><br>CLEARENT, LLC,<br><br>                    Defendant. | Civil Action No. 1:15-cv.13206<br><br>[On removal from Superior Court of Middlesex County, Massachusetts, C.A. No. 15-5208] |

## ASSENTED-TO MOTION TO REMAND TO STATE COURT

Defendant Clearent, LLC, having been provided with information indicating that there is not complete diversity between the parties, hereby moves to remand this matter to the Middlesex County Superior Court. The Plaintiff assents to this motion.

        **CLEARENT LLC**

        By its attorney,

        /s/ Scott A. Roberts
        Scott A. Roberts (BBO No. 550732)
          sroberts@hrwlawyers.com
        HIRSCH ROBERTS WEINSTEIN LLP
        24 Federal Street, 12th Floor
        Boston, Massachusetts 02110
        Tel. (617) 348-4300
        Fax. (617) 348-4343

Dated: September 4, 2015

So ordered:

_____
Hon. Marianne B. Bowler
United States District Court
District of Massachusetts
Date:

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 4, 2015.

            /s/ Scott A. Roberts
            Scott A. Roberts